No. 6053.—Serra, apldo., *v.* El Municipio de Ponce, aplte.— C. D. Ponce. ▬▬▬▬▬ Enero 19, 1933.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

POR CUANTO, el 3 de enero actual la parte apelada' solicitó la desestimación del recurso por falta de gestión y frivolidad; y

POR CUANTO, la parte apelante se ha opuesto invocando la jurisprudencia establecida recientemente por la Corte de Circuito de Apelaciones en el caso de *Serra Garabís* v. *Municipio de Río Piedras* para sostener que su apelación no es frívola, solicitando que se le permita archivar el alegato, y

POR CUANTO, examinados los autos y el alegato no estamos convencidos de que se trate de un recurso frívolo;

POR TANTO, el tribunal en el ejercicio de su discreción declara sin lugar la moción del apelado y permite el archivo del alegato del apelante, continuando la tramitación del recurso de acuerdo con la ley.